# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a/k/a FANNIE MAE, a government sponsored enterprise, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: |
| TERI PROWANT and TAMARA MITCHELL-JOHNSON, individuals, | ) ) ) ) | 1:14-CV-03799-AT |
| Defendants. | ) ) | |

## NOTICE OF FILING DEFENDANTS' AMENDED MOTION TO TEMPORARILY FILE UNDER SEAL, AND MOTION TO UNSEAL

COME NOW Teri Prowant ("Prowant") and Tamara Mitchell-Johnson ("Johnson") (collectively "Defendants") and hereby provide notice that Defendants filed with chambers, in accordance with the Court's Guidelines, an Amended Motion to Temporarily File Under Seal, and Motion to Unseal, seeking an order permitting Defendants to temporarily file under seal documents in support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment and incorporated into Defendants' Answer and Counterclaims, until such time as the

Court can rule on Defendants' objection to sealing the information and documents at issue.

Respectfully submitted this 28th day of January, 2015.

    /s/ *C. Andrew Head*
C. Andrew Head
Georgia Bar No. 341472
Jerilyn E. Gardner
Georgia Bar No. 139779
FRIED & BONDER, LLC
White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, Georgia 30318
Telephone: (404) 995-8808
Facsimile: (404) 995-8899
Email: ahead@friedbonder.com
jgardner@friedbonder.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of January, 2015, a copy of the **Notice of Filing Defendants' Amended Motion to File Under Seal, and Motion to Unseal** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by email to the following attorneys of record:

Teresa L. Reuter
Wendy Lazerson
SIDLEY AUSTIN LLP

Scott G. Blews
TAYLOR ENGLISH

                                              */s/ C. Andrew Head*
                                              C. Andrew Head