# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Federal National Mortgage Association a/k/a Fannie Mae, a government-sponsored enterprise, </br></br>　　　　Plaintiff, </br></br>vs. </br></br>Teri Prowant, an individual, and Tamara Mitchell-Johnson, an individual, </br></br>　　　　Defendants. | Case No. 1:14-cv-03799-AT |

## NOTICE OF PLAINTIFF'S MOTION
## TO FILE DOCUMENTS UNDER SEAL

Pursuant to this Court's Guidelines, Plaintiff Fannie Mae hereby provides notice that Fannie Mae filed with chambers a Motion to File Documents Under Seal, which seeks an order permitting Plaintiff to file under seal documents in support of the Reply Brief In Support of Plaintiff Fannie Mae's Motion for Summary Judgment.

ACTIVE 205532887v.1

                Respectfully submitted,

                Federal National Mortgage
                Association a/k/a Fannie Mae

                /s/ Teresa L. Reuter
                Attorney for Plaintiff

Dated:	February 2, 2015

Wendy M. Lazerson (CA Bar No. 97285) (proceeding *pro hac vice*)
wlazerson@sidley.com
**SIDLEY AUSTIN LLP**
1001 Page Mill Road
Building 1
Palo Alto, California  94304
Telephone:  (650) 565-7000
Facsimile:  (650) 565-7100

Scott G. Blews (Georgia Bar No. 063390)
sblews@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone:  (770) 434-6868
Facsimile:  (770) 434-7376

Teresa L. Reuter (Georgia Bar No. 838103)
treuter@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015, I electronically filed the foregoing **NOTICE OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL** with the Clerk of Court using the CM/ECF system.  I hereby certify that I have mailed by First-Class Mail the document to Defendants' attorneys of record at the following address:

>C. Andrew Head
>Jerilyn E. Gardner
>FRIED & BONDER
>1170 Howell Mill Road NW
>White Provision, Suite 305
>Atlanta, GA 30318

>/s/ Teresa L. Reuter_____
>Teresa L. Reuter (Georgia Bar No. 838103)
>Attorney for Plaintiff

**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email: treuter@sidley.com