UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERI PROWANT and TAMARA MITCHELL-JOHNSON, individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, a government-sponsored enterprise,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-03799-AT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, on June 22, 2017, the Court entered an order setting an initial discovery period commencing on August 22, 2017 and ending on December 21, 2017 (the "Initial Discovery Period");

WHEREAS, in response to the Court's admonition that the parties continue to consider the possibility of settlement, the parties have engaged in prolonged, good-faith discussions regarding the potential for mediating Plaintiffs' and the opt-ins' claims;

WHEREAS, the opt-in period concluded on December 21, 2017, and, the universe of individuals participating in this action at the conditional

certification stage is certain; and

WHEREAS, the parties have reached an agreement as to whether to mediate Plaintiffs' and the opt-ins' claims.

NOW, THEREFORE, having considered the parties' notice and motion, the Court hereby ORDERS the following:

(1) The parties are to file a status update with the Court no later than May 14, 2018;

(2) The case shall remain administratively closed until May 14, 2018.

**IT IS SO ORDERED** this 5th day of February, 2018.

_____
Amy Totenberg
United States District Judge